**RECEIVED**
CHARLOTTE, N.C.

NOV 0 9 2005

Clerk, U.S. Dist. Court
W. Dist. of N.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO.: 3:04CV130

| | |
|---|---|
| MERCHANTS BONDING COMPANY, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>SANDMARC CONSTRUCTION, INC., )<br>SANDRA PARAMORE, and )<br>MARK PARAMORE )<br>Defendant. )<br>) | **ORDER** |

Upon motion by Defendants and for good cause shown, it is hereby ORDERED that Defendants be allowed an extension up to and including November 18, 2005, to respond to Plaintiff's Motion for Summary Judgment.

This the _19th_ day of November, 2005.

_Carl Horn, III_
~~Frank Johns~~
~~Clerk of Court~~