# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Merchants Bonding Company,

       Plaintiff(s),                        JUDGMENT IN A CIVIL CASE

vs.                                               3:04-cv-130

Sandmarc Construction, Inc.,
Sandra Paramore and Marc Paramore,

       Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's Oral Order entered 9/26/06 and Order (document no. 41) dated 9/26/06.

**Signed: September 27, 2006**

*[Signature]*

Frank G. Johns, Clerk
United States District Court